IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

**DMS, LLC,**

    **Plaintiff,**

**vs.**                                                           **Case No: 1:19-CV-00051**
                                                                      **JURY DEMAND**

**CENTRAL MUTUAL INSURANCE
COMPANY,**

    **Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through counsel, and pursuant to Rule 41(a)(1)(ii) of Federal Rules of Civil Procedure, and hereby notify the Court that this action should be dismissed with prejudice.

Dated this the 5ʰ day of March 2020.

                                                            Respectfully submitted,

                                                            McWHERTER SCOTT & BOBBITT PLC

                                                            s/ Jonathan L. Bobbitt
                                                            JONATHAN L. BOBBITT #23515
                                                           jbobbitt@gilbertfirm.com
                                                           J. BRANDON McWHERTER #21600
                                                           bmcwherter@gilbertfirm.com
                                                           341 Cool Springs Blvd., Suite 230
                                                           Franklin, Tennessee 37067
                                                           (615) 354-1144

CLINTON H. SCOTT #23008
cscott@gilbertfirm.com
54 Exeter Road, Suite D
Jackson, Tennessee 38305
(731) 664-1340

*Attorneys for Plaintiff*

SPICER RUDSTROM, PLLC


s/Darrick L. O'Dell w/permission
DARRICK L. O'DELL #26883
dlo@spicerfirm.com
MICHAEL J. VETTER #13642
mjv@spicerfirm.com
414 Union Street, Suite 1700
Nashville, TN 37219

*ATTORNEYS FOR DEFENDANT*


## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of this Stipulation of Dismissal has been mailed electronically via the Court's electronic filing system on this the 5th day of March 2020, to all counsel of record:

Darrick L. O'Dell
Michael J. Vetter
B. Thomas Hickey
Spicer Rudstrom, PLLC
414 Union Street, Suite 1700
Nashville TN 37219
dlo@spicerfirm.com
mjv@spicerfirm.com
bth@spicerfirm.com


s/ Jonathan L. Bobbitt