IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DMS, LLC, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    NO. 1:19-cv-00051 |
| v. | ) |
| | )    JUDGE CAMPBELL |
| CENTRAL MUTUAL INSURANCE | )    MAGISTRATE JUDGE NEWBERN |
| COMPANY, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 47), indicating all claims in this case have been resolved, and this case should be dismissed. Accordingly, this case is **DISMISSED,** with prejudice. The trial scheduled for December 1, 2020, and the pretrial conference scheduled for November 12, 2020, are cancelled. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE